AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

LODGED ___ RECEIVED ___ COPY
MAR 2 4 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States District Court | District: PimA |
|---|---|

| Name (under which you were convicted): Edward John Sanders | Docket or Case No.: 4:11CV00551FRZOTF |
|---|---|
| Place of Confinement: A.S.P.C Eyman Smu-1 | Prisoner No.: 118868 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

v.

| Edward John Sanders | Charles L, Ryan |
|---|---|
| The Attorney General of the State of: ARIZONA | |

CV-21-125-TUC-CKJ-BGM

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT Court for the DISTRICT OF ARIZONA Pima County

   (b) Criminal docket or case number (if you know): 4:11CV00551FRZOTF

2. (a) Date of the judgment of conviction (if you know): 8-30-2000
   (b) Date of sentencing: 8-15-2005

3. Length of sentence: Life imprisoment

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   Count one First degree murder, Count two burglary Count three Sexual abuse Kidnapping and Sexual assault

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Pleaded not guilty to all three counts

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: District court of ARIZONA Pima County
(b) Docket or case number (if you know): 20002900
(c) Result: Denied
(d) Date of result (if you know): Sep 13, 2005
(e) Citation to the case (if you know):
(f) Grounds raised: Their was a small amount of male DNA, all the DNA was mix of six to ten other people an my DNA was never mached they Denied fingernail testing and body fluid testing and hair testing didn't mach my DNA the picture of my face didn't mach an I don't have any tatos

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Name of court: Arizona Supreme Court
(2) Docket or case number (if you know): CA-CR 2005-0284
(3) Result: Denid

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): 5-18-2012

    (5) Citation to the case (if you know):

    (6) Grounds raised: DNA was appellant DNA was Conclusion Sare fatolly flawed under Frye Nothing was tested for DNA (Hair) finger nail (skin) scrapings and evidence from Sexual assault Kit were not tested for DNA Possibe semen samples containing human Proteins were obtained using rape Kit were not DNA Tested

  (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: US District Court

    (2) Docket or case number (if you know): 4:11-CV-00551-BGM

    (3) Date of filing (if you know): 10-03-2014

    (4) Nature of the proceeding: Charles L. RYan

    (5) Grounds raised: ineffectie assistance of Counser never reqested to have DNA Mach tome

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result:

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 9-11-2014

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Arizona Court Rule 32 Appeals

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 9-30-2014

(4) Nature of the proceeding: Charles L. RYan

(5) Grounds raised: Refuse to use their ability to have the courts prove that my DNA was found at the seen or on the Victom

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Arizona court of appeals

(2) Docket or case number (if you know): 4;11CV00551FRZOTF

(3) Date of filing (if you know):

(4) Nature of the proceeding: refusel to prove I or my DNA was at the seen

(5) Grounds raised:

No prove was provided to me.

AO 241 (Rev. 09/17)

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes ☒ No

  (7) Result:

  (8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition: ☒ Yes ☐ No
  (2) Second petition: ☒ Yes ☐ No
  (3) Third petition: ☒ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
  yes to the ninth Circuit

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Testing DNA and Skin under the nails and Rape Kit testing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

when they tested the DNA the investagting officer didn't Change his gloves after testing other persons DNA they also didn't find any DNA under finger nails or Hair Sample didn't mach with my DNA

(b) If you did not exhaust your state remedies on Ground One, explain why:

yes I did exhaust my Grounds one

AO 241 (Rev. 09/17)

(c)   **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:


(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☒ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Direct appeal

   Name and location of the court where the motion or petition was filed: District Court of arizona

   Docket or case number (if you know):

   Date of the court's decision: Denied

   Result (attach a copy of the court's opinion or order, if available):


   (3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No
   (4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No
   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know): 4:11CV60551Frz0+F
   Date of the court's decision: 8-30-2000
   Result (attach a copy of the court's opinion or order, if available):


   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: filed appeal

**GROUND TWO:** I ask for another or diffrent attorney

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the reson was my attorny refues to have the Courts retest my DNA aganced the DNA the retreved from the Seen

(b) If you did not exhaust your state remedies on Ground Two, explain why:

I did

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32

Name and location of the court where the motion or petition was filed:

District Court Arizona Pima County

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: Denied

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Arizona Pima County Pima County

Docket or case number (if you know): 4111CU00551FRZ0TF
Date of the court's decision: 9-11-2014
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

Appealed to the end

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I filed a insunificant attarny they refues to file for the retest of any of so called evidence in my case they refues to let me take the stand they refues to put me in a SMI court which I'm SMI

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Insunificant attorny

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): 4i11CV0055)FRZOTF

Date of the court's decision: Denied

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
ARIZONA Pima County

Docket or case number (if you know):

Date of the court's decision: 9-11-2014

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:
**Arizona Pima County District Court**

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
**Arizona Pima County District Court**

Docket or case number (if you know):

Date of the court's decision: **dismissed without Prejudice**

Result (attach a copy of the court's opinion or order, if available):
**Page 1 of 1 Document 10**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: **yes**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Edward John Sanders, | NO. CV-20-00326-TUC-CKJ (BGM) |
|---|---|
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 16, 2020, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2254 is dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 16, 2020

By   s/ D. Curiel
     Deputy Clerk

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  No but Im my own Attoney and would like to appere in my defence

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes ☐ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

  Ninth Circuit court of Appeals

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

  28 U.S.C. § 2254 habeas corpus petition
  28 U.S.C. § 2244 (b) (2)

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Harold L. Higgins #003177 100 N. Stone Ave Ste 605 and Susan Shetter #007276 32 N. Stone Ave 4th Floor Tucson, AZ 85701

(b) At arraignment and plea: Harold L. Higgins #003177 Susan Shetter #007276

(c) At trial: Harold L. Higgins #003177 Susan Shetter #007276

(d) At sentencing: Harold L. Higgins #003177 Susan Shetter #007276

(e) On appeal: Thomas Jacobs #13875 271 N. Stone Ave Tucson AZ 85701 520-628-1622

(f) In any post-conviction proceeding: Jacqveline Rahr. #015986 120 South Hough road #138-284 Tucson, AZ 85748  520-440-9070

(g) On appeal from any ruling against you in a post-conviction proceeding: The magistrate Judge Bruce G. macdonald

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*